## (September 12, 1960)

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ R. F. ERHARDT & SONS, Respondent, v. JOSEPH M. BUCKO et al., Appellants.— Motion to extend time granted on condition that appellants be ready to argue or submit the appeal at the November 1960 Term, beginning Monday, October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record on appeal and appellants' brief must be served and filed on or before October 14, 1960. Motion to dispense with printing of the exhibits granted; the originals thereof to be handed up on the argument or submission of the appeal.

■ In the Matter of PAULINE RISITANO, Respondent, v. JOSEPH RISITANO, Appellant.— Motion to withdraw motion No. 934, granted. Motion to extend time to perfect the appeal and to continue stay, pending appeal, granted on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, commencing October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 23, 1960. Motion to extend time, withdrawn.

■ LOUIS MELNICK, Appellant, v. CHARLES SABLE et al., Respondents, et al., Defendant.— Motion to extend time granted; appellant is directed to be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The appellant is directed to serve and file the record and brief on or before September 27, 1960.

■ FRANCES RADIST et al., Respondents, v. SAMUEL C. ZIDEL, Appellant.— Motion to extend time granted. Appellant is directed to be ready to argue or submit the appeal at the October 1960 Term, for which term the appeal is ordered to be placed on the calendar.

■ ROBERT B. SOMERSTEIN, as Administrator, Respondent, v. LOUIS HERSHKOWITZ, Defendant. AARON H. SOMERSTEIN, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 27, 1960.

■ RICHARD VITAGLIANO, an Infant, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion to extend time, granted. Appellant is directed to be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar.

## (September 15, 1960)

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ CLARA ARMSTRONG, Appellant, v. ARTHUR M. HEEG et al., Respondents. — Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal on October 31, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 14, 1960.

■ FRANK D. BENICASA, Respondent, v. SYLVIA JACOBS, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 28, 1960.